UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:12-CR-37-9FA
Civil No. 7:19-CV-128-FA

ESTEBAN RODRIGUEZ-JASSO, )
)
    Petitioner, )
) ORDER
v. )
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **40** days of the filing of this order. The motion to stay and motion to lift stay (ECF Nos. 937, 940) are DENIED as moot.

SO ORDERED, this the 2nd day of June, 2021.

        David A. Faber
        Senior United States District Judge